IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : |
| GENESIS HEALTH VENTURES, INC. | : Bankruptcy Case 00-02692 (JHW) |
| | : |
| Debtor. | : |
| JAMES J. HAYES, | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 04-0477 JJF |
| | : |
| GENESIS HEALTH VENTURES, INC., | : |
| | : |
| Appellee. | : |

## O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was filed on June 24, 2004;

WHEREAS, the Appellant's Brief was due on July 9, 2004;

WHEREAS, no briefing has been filed to date;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule:

1) Appellants' Opening Brief must be served and filed by **Monday, May 16, 2005**.

2) Appellees' Answering Brief must be served and filed by **Wednesday, June 1, 2005**.

3) Appellants' Reply Brief must be served and filed by **Monday, June 13, 2005**.

April 27, 2005
DATE

UNITED STATES DISTRICT JUDGE