## CERTIFICATE OF SERVICE

I, Christina M. Houston, do hereby certify that on June 1, 2005, I electronically filed the foregoing Appellees' Answering Brief with the Clerk of the Court using the CM/ECF.

I, Christina M. Houston, do further hereby certify that on June 1, 2005, I caused the foregoing Appellees' Answering Brief to be served in the manner indicated upon the party referenced below:

### VIA U.S. MAIL

James J. Hayes, Pro Se
4024 Estabrook Dr.
Annandale, VA 22003
Tel: (703) 941-4694

Christina M. Houston (No. 4628)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: houston@rlf.com

1

RLF1-2882635-1