IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| GENESIS HEALTH VENTURES, INC., ) | Case No. 00-2692 (JHW) |
| et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |
| JAMES J. HAYES, ) | Civil Action No. 04-0477 |
| Appellant, ) | |
| v. ) | |
| ) | |
| GENESIS HEALTH VENTURES, INC., ) | |
| et al., ) | |
| ) | |
| Appellees. ) | |

## APPENDIX TO APPELLEES' ANSWERING BRIEF

Dated: June 1, 2005
Wilmington, Delaware

Mark D. Collins (No. 2931)
Russell C. Silberglied (No. 3462)
Christina M. Houston (No. 4628)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square, P. O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

- and -

Adam P. Strochak
Lisa R. Fine
WEIL, GOTSHAL & MANGES LLP
1501 K Street, NW, Suite 100
Washington, D.C. 20005
(202) 682-7000

Michael F. Walsh
Gary T. Holtzer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Appellees

RLF1-2882665-1

# **APPENDIX INDEX**

A.  Transcript of August 28-29, 2001, Hearing before the Honorable Judith H Wizmur, United States Bankruptcy Judge.

B.  Notice of Appeal of Order dated September 13, 2001, confirming plan of reorganization of Genesis, filed by James J. Hayes, dated September 18, 2001

C.  Notice of Appeal of Order dated September 20, 2001, confirming the plan of reorganization of Genesis, dated September 20, 2001

D   Order Granting Extension to file Appellant's Brief, dated January 2, 2002

E.  Memorandum Order denying Appellant's Motion for Appointment of Official Committee of Equity Security Holders for purpose of Appealing Confirmation of the Genesis Reorganization Plan and Delay of Appellant's Brief Pending the Appointment of Counsel, filed September 30, 2002

F.  Memorandum Order granting Appellees' Joint Motion to Dismiss the Appeal, dated September 30, 2002

G.  Briefing Scheduling Order, dated November 6, 2002.

H   Letter to the Honorable Joseph J. Farnan, Jr., United States District Judge from Russell C. Silberglied re: seeking clarification as to court's order setting briefing schedule, dated December 3, 2002.

I.  Letter to Honorable Joseph J. Farnan, Jr., United States District Judge from James J Hayes re: response to Russell C. Silberglied's letter regarding the briefing schedule, dated December 9, 2002.

J.  Order dismissing case, dated March 12, 2003

K.  Memorandum Order denying Appellant's Motion to Reopen Case, dated February 26, 2004

L   Opinion of Circuit Judges Nygaard, Van Antwerpen and Cowen of the United States Court of Appeals for the Third Circuit affirming the February 27, 2004, judgment of the District Court, filed December 6, 2004

M   Letter to the Honorable Judith H. Wizmur, United States Bankruptcy Judge from James J Hayes re: requesting a decision on Motion for Appointment of Official Committee of Equity Security Holders for the Purpose of Appealing Confirmation of the Genesis Reorganization Plan, dated March 13, 2004

i

N.  Reorganized Debtors' Objection to Motion for Appointment of Official Committee of Equity Security Holders for the Purpose of Appealing Confirmation of the Genesis Reorganization Plan, dated October 15, 2001.

O.  Transcript of May 13, 2004, Hearing before the Honorable Judith H. Wizmur, United States Bankruptcy Judge

P.  Notice of Appeal of bench decision on May 13, 2004, denying Motion for Appointment of Official Committee of Equity Security Holders for the Purpose of Appealing Confirmation of the Genesis Reorganization Plan, dated May 22, 2004