ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>GENESIS HEALTH VENTURES, INC., *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>00-2692(JHW)<br><br>(Jointly Administered) |
| In re<br><br>MULTICARE AMC, INC., *et al.*,<br><br>Debtors | Chapter 11 Case No.<br><br>00-2494(JHW)     AP-01-73 |

## NOTICE OF APPEAL

James J. Hayes, a holder of common stock of Genesis Health Ventures, Inc. (Genesis) who filed a motion for the appointment of a committee to represent equity interests in Genesis and who objected to the confirmation of the plan of reorganization of Genesis at the hearing held on August 28, 2001, appeals under 28 U.S.C. 158(a)or (b) from the judgment, order or decree of the Honorable Judith H. Wizmur entered in this proceeding on or about September 13, 2001 pursuant to which the plan of reorganization of Genesis was confirmed.

The names of all parties to the judgment, order or decree entered in this proceeding on or about September 13, 2001 confirming the plan of reorganization of Genesis from which this appeal is being taken, the names and addresses of their respective attorneys and the names and addresses of the attorney representing various creditor interests in Genesis and Multicare are as follows:

A - 159

Gary D. Holtzer
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Mark D. Collins
Richards, Layton & Finger PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Paul V. Shalhoub
Willkie Farr & Gallagher
787 Fifth Avenue
New York, NY 10019-6099

Robert S. Brady
Young Conaway Stargatt & Taylor
Wilmington Trust Co. 11th Floor
PO Box 391
Wilmington, DE 19899-0391

Richard S. Toder
Morgan, Lewis & Bokius
101 Park Avenue
New York, NY 10178

Teresa Currier
Klett Rooney Lieber & Schorling
The Brandywine Bldg.
1000 West Street
Wilmington, DE 19801

Lisa Beckerman
Akin, Gumpp, Strauss, Hauer & Feld
590 Madison Ave.
New York, NY 10022

Laura Davis Jones
Pachulski, Stang, Ziehl, Young, & Jones
919 Market Street, 16th Fl.
Box 8075
Wilmington, DE 19899-8705

David S. Rosner
Kasowitz, Benson, Torres & Friedman
1633 Broadway
New York, NY 10019

Mark Minuti
Saul Ewing LLP
222 Delaware Ave., Suite 1200
P.O. Box 1266
Wilmington, DE 19899

Joseph McMahon
United States Trustee
601 Walnut Street, Suite 950
West Philadelphia, PA 19106

September 18, 2001

*/s/ James J. Hayes*
James J. Hayes
4024 Estabrook Dr.
Annandale, Va. 22003
703-941-4694