

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Bank. No. 00-2692 |
| GENESIS HEALTH VENTURES, INC., | : : : | |
| Debtor | : | |
| | | |
| JAMES J. HAYES, | : : | |
| Appellant | : | C.A. No. 01-718 JJF |
| v. | : : | |
| GENESIS HEALTH VENTURES, INC., | : : | |
| Appellee | : | |

RECEIVED
JAN 0 3 2002
MARK D. COLLINS

### ORDER

WHEREAS, Appellant James J. Hayes filed an appeal of the Bankruptcy Order on October 31, 2001;

WHEREAS, Appellant's Brief was due on November 15, 2001;

WHEREAS, no such brief has been filed as of December 27, 2001;

NOW THEREFORE, IT IS HEREBY ORDERED that Appellant's Brief is due on or before January 18, 2002 or this case may be dismissed.

1/2/02
DATE

UNITED STATES DISTRICT JUDGE

A - 166