IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:                                : 
                                      :   Chapter 11
GENESIS HEALTH CARE                   :
VENTURES, INC., et al.                :   Case No. 00-2692 (JHW)
                                      :   (Jointly Administered)
     Debtors,                         :
_____:
                                      :
JAMES J. HAYES,                       :
                                      :
     Appellant,                       :
                                      :
     v.                               :   Civil Action No.
                                      :   01-718-JJF
                                      :
GENESIS HEALTH VENTURES, INC.,        :
     et al.,                          :
                                      :
     Appellees.                       :

## MEMORANDUM ORDER

Now pending before the Court is Appellant's Motion for Appointment of Official Committee of Equity Security Holders for the Purpose of Appealing Confirmation of the Genesis Reorganization Plan and Delay of Appellant's Brief Pending the Appointment of Counsel (D.I. 7). For the reasons set out below, the Appellant's Motion (D.I. 7) will be denied.

The Appellant provides no legal support for his contention that this Court is empowered to appoint an Equity Committee for the purpose of appealing a Bankruptcy Court's confirmation order. The U.S. Trustee is the only party able to appoint an Equity Committee. Here, the U.S. Trustee did not do so, and the

1

Bankruptcy Court upheld that decision. The Appellant failed to appeal that decision to the district court. Consequently, the Appellant cannot now petition the district court to appoint an Equity Commission.

NOW THEREFORE, IT IS HEREBY ORDERED this 30 day of September, 2002, that Appellant's Motion for Appointment of Official Committee of Equity Security Holders for the Purpose of Appealing Confirmation of the Genesis Reorganization Plan and Delay of Appellant's Brief Pending the Appointment of Counsel (D.I. 7) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE