IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| GENESIS HEALTH VENTURES, INC., et al., | : Bankruptcy Case No. 00-2692-JHW : (Jointly Administered) |
| Debtors. | : |
| IN RE: | : Chapter 11 |
| MULTICARE AMC, INC., et al., | : Bankruptcy Case No. 00-2494-JHW : (Jointly Administered) |
| Debtors. | : |
| JAMES J. HAYES, | : |
| Appellant, | : |
| v. | : **CONSOLIDATED** |
| | : Civil Action No. 02-16-JJF |
| GENESIS HEALTH VENTURES, INC., et al., | : |
| Appellees. | : |

### MEMORANDUM ORDER

Before the Court is the Appellees' Joint Motion To Dismiss The Appeal (D.I. 7) and Memorandum In Support of Appellee's Joint Motion (D.I. 8). Appellant has not filed a response to the Motion.

Appellees contend that the appeal should be dismissed under the doctrine of equitable mootness. Appellant, James J. Hayes, a single shareholder appealed the September 20, 2001 Confirmation

Order of the Bankruptcy Court. Appellant did not obtain a stay of the Order and the Plan became effective on October 2, 2001. From the Appellees' papers, the Court understands that Appellant objected to the confirmation of the Plan contending that there was sufficient enterprise value to permit a distribution to pre-petition shareholders. The Bankruptcy Court rejected Appellant's objection.

In the circumstances presented, the Court concludes that the instant motion must be granted. The Confirmed Plan has been implemented and distribution has occurred, thus prohibiting Appellant from obtaining the remedy he sought before the Bankruptcy Court. Further, the lack of a response to Appellees' Motion from Appellant indicates to the Court that Appellant understands his inability to obtain relief.

NOW THEREFORE, IT IS HEREBY ORDERED that Appellees' Joint Motion To Dismiss The Appeal (D.I. 7) is GRANTED.

9/30/02
DATE

UNITED STATES DISTRICT JUDGE