*Adam*

C.A. 01-718 (V)

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2002 NOV -6  PM 2: 20

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                            :        Bank. No. 00-2692
    GENESIS HEALTH VENTURES,   :
INC.,                             :
                         :                      RECEIVED
    Debtor                        :
                         :                      NOV 0 7 2002
_____           MARK D. COLLINS

JAMES J. HAYES,                   :
                         :
        Appellant             :
                         :        Civil Action. No. 01-718 JJF
        v.                   :
                         :
GENESIS HEALTH VENTURES, INC.,    :
                         :
        Appellee              :

## <u>ORDER</u>

WHEREAS, Appellant James J. Hayes filed an appeal of the Bankruptcy Order on October 31, 2001;

WHEREAS, Appellant's Brief was due on January 18, 2002;

WHEREAS, no such brief has been filed as of November 4, 2002 and no briefing schedule has been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule :

1.)  Appellant's Opening Brief shall be filed on or before **Friday, November 22, 2002;**

2) Appellee's Answering Brief shall be filed on or before **Friday, December 20,**

**2002**, and;

> 3) Appellant's Reply Brief shall be filed on or before **Friday, January 17, 2003.**


___11 | 6 | 0 2___
DATE

UNITED STATES DISTRICT JUDGE