## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DELAWARE 19899
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

RUSSELL C. SILBERGLIED
DIRECTOR

DIRECT DIAL
(302) 651-7545
SILBERGLIED@RLF.COM

December 3, 2002

The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States Courthouse
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Re:    Hayes v. Genesis Health Ventures, Inc., 01-CV-0718 (JJF)

Dear Judge Farnan:

We represent appellee Genesis Health Ventures, Inc. ("Genesis") in the above-referenced bankruptcy appeal. This letter is to seek clarification as to the Court's recent order setting a briefing schedule. Upon review of the docket in that case and the docket in Case No. 02-CV-0016, which case was dismissed by order of this Court on September 30, 2002 (copy attached for reference), it appears that the same appeal by appellant James J. Hayes was docketed twice. Consultations with an employee from the Office of the Clerk for this Court confirmed that two identical notices of appeal were docketed under two case numbers. We respectfully submit that the instant appeal (No. 01-CV-0718) should be dismissed for the same reasons articulated by the Court in its September 30, 2002 order in Case No. 02-CV-0016. Given the December 20, 2002 deadline for submission of appellees' brief, we request guidance from the Court as to whether a separate motion to dismiss the appeal should be filed in Case No. 01-CV-0718. In addition, we respectfully request a stay of the briefing schedule pending resolution of this issue.

Sincerely,

Russell C. Silberglied

RCS/lam
cc: James J Hayes (appellant, pro se)

RLF1-2537638-1

A-179