James J. Hayes
4024 Estabrook Dr
Annandale, VA 22003



December 9, 2002

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: Hayes v Genesis Health Ventures, Inc., 01-CA-0718(JJF)

Dear Judge Farnan:

I am responding to the letter of Russell Silberglied about the confusion concerning the above captioned appeal. Although I have not had the benefit of reviewing the docket or consulting with the clerks office, my copies of docketing information suggest the possibility there are two separate pro se appeals. I would guess that the appellant in Case No. 01-CV-0718 is Patricia A. Staiano. I received Notice of Docketing of this case on January 8, 2002. My appeal was docketed on November 1, 2001. If this is correct, Ms. Staiano may have never received notification that her appeal had been docketed or that a motion had been filed to dismiss her appeal.

I do not believe that the doctrine of equitable mootness should apply to my appeal. My brief, which was filed on November 22, 2002, addresses the mootness issue. For this reason, I submit that the Court should maintain its briefing order but provide the appellee additional time to file their brief.

I am forwarding copies of all correspondence and my copies the two Notice of Docketing statements to the clerks office. Hopefully the added information will lead to a definitive resolution

Sincerely,

James J Hayes

c: Russell C Silberglied

Peter T. Dalleo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Genesis Health

        Debtor

---

| | |
|---|---|
| James J. Hayes )<br>    appellant )<br>)<br>v. )<br>)<br>Genesis Health )<br>    appellee ) | Civil Action No. 01 - 718 UNA<br><br>Bankruptcy Case 00 - 2692 |

Notice of Docketing

---

A Notice of Appeal of the following order of the Bankruptcy Court on 9/20/01 was docketed in the District Court on November 01, 2001.

    Order Approving Plan signed by Judge Judith H. Wizmur

Please place the civil action number and caption listed above on all papers concerning this matter. Part VIII of the Bankruptcy Rules apply. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                            Peter T. Dalleo
                            Clerk of the Court

                            BY: _____
                                  Deputy Clerk

Date: 11/01/01

To: Bankruptcy Court
    Mark David Collins, Esq.
    Patricia A. Staiano, Trustee
    James J. Hayes, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In Re: Genesis Health
              Debtor

| | |
|---|---|
| James J. Hayes ) | |
|     et al. ) | |
|     appellant ) | |
| ) | |
| v. ) | Civil Action No. 02 - 16 UNA |
| ) | |
| Genesis Health ) | |
|     appellee ) | Bankruptcy Case 00 - 2692 |

Notice of Docketing

A Notice of Appeal of the following order of the Bankruptcy Court on 9/13/01 was docketed in the District Court on January 08, 2002.

Appeal from the Judgment, Order or decree of the Honorable Judith H. Wizmur entered on or about September 13, 2001, pursuant to which plan of Reorganization of Genesis was confirmed with Statement and Designation of Items to be included.

Please place the civil action number and caption listed above on all papers concerning this matter. Part VIII of the Bankruptcy Rules apply. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of the Court

BY: /s/ Bob C
Deputy Clerk

Date: 01/08/02

To: Bankruptcy Court
    Mark David Collins, Esq.
    Russell C. Silberglied, Esq.
    James J. Hayes, ~~Trustee~~

*[handwritten: Original + 1 copy / 844 N. King St / Box 18 / Wilmington 19801]*

A-182