FROM RL&F                          (THU) 3.13' 03 12:51/ST. 12:50/NO. 4864899446 P 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2003 MAR 12  PM 2:23

|  |  |  |
|---|---|---|
| IN RE: | : | Bank. No. 00-2692 |
| GENESIS HEALTH VENTURES, INC., | : | |
| Debtor | : | |

RECEIVED

MAR 1 3 2003

MARK D. COLLINS

|  |  |  |
|---|---|---|
| JAMES J. HAYES, | : | |
| Appellant | : | Civil Action. No. 01-718 JJF |
| v. | : | |
| GENESIS HEALTH VENTURES, INC., | : | |
| Appellee | : | |

O R D E R

WHEREAS, the above-captioned matter was fully briefed and was decided under Civil Action No. 02-016 JJF;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) This case is **DISMISSED.**

2) If any party disagrees with the dismissal of this action, they shall file a motion to reopen within (20) twenty days of the date of this Order.

3 - 12 - 0 3
DATE

UNITED STATES DISTRICT JUDGE