IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2004 FEB 26 PM 12:13

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| GENESIS HEALTH VENTURES, INC., et al., | : : : | Bankruptcy Case No. 00-2692 JHW (Jointly Administered) |
| Debtors. | : | |
| IN RE: | : | Chapter 11 |
| MULTICARE AMC, INC., et al., | : : : | Bankruptcy Case No. 00-2494 JHW (Jointly Administered) |
| Debtors. | : | |
| JAMES J. HAYES, | : | |
| Appellant, | : | **CONSOLIDATED** |
| v. | : | Civil Action No. 01-718 JJF |
| GENESIS HEALTH VENTURES, INC., et al., | : : | |
| Appellees. | : | |

## MEMORANDUM ORDER

By his Motion (D.I. 18), the Appellant asks the Court to reopen Civil Action Number ("C.A. No.") 01-718 JJF. For the reasons discussed, the Court will deny the Motion.

I.   **Background**

This is an appeal of the Bankruptcy Court's September 20, 2001, opinion on confirmation. By mistake, the Clerk of the Court double docketed this case in C.A. Nos. 01-718 JJF and 02-016 JJF. On September 30, 2002, the Court granted Appellees' unopposed motion to dismiss the appeal in C.A. No. 02-016 JJF as equitably moot. (D.I. 10 in C.A. No. 02-016 JJF.)

On December 4, 2002, the Appellees submitted a letter to the Court stating that C.A. No. 02-016 JJF was the same appeal as the instant case, and therefore, contended that the Court should apply its Memorandum Order dismissing C.A. No. 02-016 JJF to this case. On March 12, 2003, the Court entered an Order dismissing the instant case because the appeal was fully briefed and decided under C.A. No. 02-016 JJF. (D.I. 17 in C.A. No. 01-178 JJF.) This is the Appellant's Motion to Reopen the Court's dismissal and closure of C.A. No. 01-718 JJF.

### II. Appellant's Contentions

The Appellant contends that the Court should reopen the instant case because it would violate his due process rights to dismiss this case based upon the Court's conclusions in a "spurious" case. The Appellant also contends that applying the judgment in C.A. No. 02-016 JJF to this case would be inappropriate because, at the time of entry of the Court's Memorandum Order in C.A. No. 02-016 JJF, he had not "made any filings in this case[.]" (D.I. 19 at 6.)

### III. Decision

The Court granted the Appellees' motion to dismiss in C.A. No. 02-016 JJF on the grounds that the appeal was equitably moot. The Appellant does not contend that he did not receive notice of the Appellees' motion to dismiss in C.A. No. 02-016 JJF. However, he did not file an opposition brief and has offered no

2

explanation. Because the Appellant is the appellant in both C.A. No. 02-016 JJF and C.A. No. 01-718 JJF, the Court concludes that the dismissal in C.A. No. 02-016 JJF controls the decision here. The Appellant cannot litigate issues in this case that he should have litigated in C.A. No. 02-016 JJF merely because of a clerical error.

NOW THEREFORE, IT IS HEREBY ORDERED that the the Appellant's Motion to Reopen (D.I. 10) is **DENIED**.

February 26, 2004
DATE

UNITED STATES DISTRICT COURT

3