JAMES J. HAYES
4024 ESTABROOK DR.
ANNANDALE, VA 22003

FILED
2004 MAR 18 AM 11:00
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

March 13, 2004

Hon. Judith H. Wizmur
U. S. Bankruptcy Court, District of New Jersey
Mitchell H. Cohen Courthouse
401 Cooper Street
Camden, NJ 08101

Re: In the Matter of GENESIS HEALTH VENTURES, INC., et al., Debtors;
In the Matter of Multicare AMC, Inc., et al., Debtors
Nos. 00-2692/JWH, 00-2494/JWH

Dear Judge Wizmur:

The undersigned holder of common stock of Genesis Health Ventures, Inc. respectfully requests a decision on his <u>Motion for Appointment of Official Committee of Equity Security Holders for the Purpose of Appealing Confirmation of the Genesis Reorganization Plan</u>.

This motion and a brief in support of the motion were filed in the U.S. Bankruptcy Court, District of Delaware, on September 28, 2001. The Official Committee of Unsecured Creditors filed their response opposing the appointment of an equity committee on October 15, 2001. A reply to the Unsecured Creditors arguments was filed on October 24, 2001.

A decision on this issue is required so that equity holders can initiate an appeal on this issue and/or appeal the district court's order dismissing the appeal of the September 20, 2001 confirmation of the plan of Reorganization of Genesis.

Respectfully submitted,

James J. Hayes

Enclosures:

Motion and briefs supporting and opposing appointment of an equity committee

c. (with enclosures)
Hon. Joseph J. Farnan, Jr. U. S. District Court, District of Delaware
c.
Clerk, U. S. Bankruptcy Court, District of Delaware
Mark David Collins, Esq.