AP-04-51

FILED

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE 2004 MAY 26 PM 2:30

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE: GENESIS HEALTH VENTURES INC. et al., ) Chapter 11
) Bankruptcy Case No. 00-2692 JHW
Reorganized Debtors ) (Jointly Administrated)

## NOTICE OF APPEAL

Notice is hereby given that James J. Hayes, a holder of common stock of Genesis Health Ventures, Inc. who filed a motion for the appointment of a committee to represent equity interests and who objected to the confirmation of the plan of reorganization, hereby appeals to the United States District Court District of Delaware the bench decision on Thursday May 13, 2004 of the United States Bankruptcy Court District of Delaware denying his Motion for Appointment of Official Committee of Equity Security Holders for the Purpose of Appealing Confirmation of the Genesis Reorganization Plan.

The name and address of the attorney for Genesis Health Ventures, Inc. is Russell C. Silberglied; Richards, Layton & Finger; One Rodney Square; P.O. Box 551; Wilmington, Delaware 19899.

Dated: May 22, 2004

James J. Hayes
4024 Estabrook Dr.
Annandale, VA 22003
(703) 941-4694