JAMES J. HAYES
4024 ESTABROOK DR.
ANNANDALE, VA 22003

June 13, 2005

Office of Clerk
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801



FILED

JUN 1 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: James J. Hayes v. Genesis Health Ventures, Inc., CA No 04-0477 (JJF)

Dear Sir or Madam:

Enclosed for filing are an original and ~~three~~ *one* copies of Appellants Reply Brief in the above captioned appeal.

Sincerely,

James J. Hayes