APPENDIX

Hayes' Seven Confirmation Hearing Illustrations













