IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| GENESIS HEALTH VENTURES, INC., et al., | : | Bankruptcy Case No. 00-2692-JHW |
| | : | |
| Debtors. | : | |
| | : | |
| JAMES J. HAYES, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 04-0477-JJF |
| | : | |
| GENESIS HEALTH VENTURES, INC., et al., | : | |
| | : | |
| Appellees. | : | |

## FINAL ORDER

At Wilmington, this 23 day of July 2005 for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The above-captioned appeal is **DISMISSED**.

2. In the alternative, the May 13, 2004 Order of the Bankruptcy Court is **AFFIRMED**.

3. The Motion For Damages And Costs For Frivolous Appeal Pursuant To Bankruptcy Rule 8020 (D.I. 15) is **DENIED**.

*[signature]*
UNITED STATES DISTRICT COURT