UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: GENESIS HEALTH VENTURES INC. et al., <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Bankruptcy Case No. 00-2692 JHW <br> ) (Jointly Administrated) <br> ) |
| JAMES J. HAYES <br><br> Appellant, <br><br> v. <br><br> GENESIS HEALTH VENTURES, INC., <br><br> Appellees. | ) <br> ) <br> ) <br> ) Civil Action No. 04-0477 JJF <br> ) <br> ) <br> ) |

FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**NOTICE OF APPEAL**

<u>Notice</u> is hereby given that James J. Hayes, a holder of common stock of Genesis Health Ventures, Inc., hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order dated July 23, 2005 dismissing the above captioned appeal.

The name and address of the attorney for Genesis Health Ventures, Inc. is Russell C. Silberglied; Richards, Layton & Finger; One Rodney Square; P.O. Box 551: Wilmington, Delaware 19899.

Dated: August 18, 2005

James J. Hayes
4024 Estabrook Dr.
Annandale, VA 22003
(703) 941-4694