DPS-333

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 05-4005

IN RE: GENESIS HEALTH VENTURES, INC., et al.;
Debtors

JAMES J. HAYES,
Appellant

On Appeal From the United States District Court
For the District of Delaware
(D.C. Civ. No. 04-cv-00477)
District Judge: Honorable Joseph J. Farnan, Jr.

Submitted on Appellee's Cross-Motion To Dismiss The Appeal
September 8, 2006

Before: FUENTES, VAN ANTWERPEN AND CHAGARES, <u>CIRCUIT JUDGES</u>

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the District of Delaware and was submitted on Appellee's cross-motion to dismiss the appeal. On consideration whereof, it is now here

ORDERED AND ADJUDGED by this court that the judgment of the district court entered July 23, 2005, be and the same is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: October 4, 2006

Certified as a true copy and issued in lieu
of a formal mandate on 12-7-06

Teste: *[signature]* Waldron
Clerk, U.S. Court of Appeals for the Third Circuit